## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN RICHARDSON, | ) | 3:20-cv-0710-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | February 4, 2021 |
| UNITED STATES ATTORNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's "Petition for Default-Default Judgment" (ECF No. 8) and Plaintiff's "Motion for Default Judgment-Default Judgment" (ECF No. 16).

Plaintiff's motions for default judgment (ECF Nos. 8 and 16) are **DENIED** as premature as the court has not yet screened Plaintiff's complaint. Additionally, Plaintiff has filed a Notice of Appeal with the Ninth Circuit. (ECF No. 12.)

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:       /s/
          Deputy Clerk