UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KEVIN RICHARDSON, | Case No. 3:20-cv-00710-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES ATTORNEY USA, | |
| Defendant. | |

Plaintiff filed an initiating document captioned 'criminal complaint' that mentioned corruption and listed a series of institutions and concepts. (ECF No. 1-1.) On March 23, 2021, U.S. Magistrate Judge William G. Cobb directed Plaintiff to file an amended complaint within 30 days, along with either paying the filing fee or a properly completed *in forma pauperis* application, or face dismissal. (ECF No. 24.) Judge Cobb also gave Plaintiff the option of filing a document indicating he did not wish to continue with this action. (*Id.* at 3.) Plaintiff timely filed a document stating he does not wish to continue with this action. (ECF No. 26 at 2.) The Court construes Plaintiff's document as a motion for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A), which is proper because no Defendants have been served and no answer has been filed, and will dismiss this action without prejudice.

It is therefore ordered that this action is dismissed, in its entirety, without prejudice.

The Clerk of Court is directed to close this case.

The Court will not entertain any further filings in this closed case.

DATED THIS 23rd Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE